IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY ERIC ALSTON,

      Appellant,

v.

JOHN RUTHERFORD, AS
SHERIFF OF DUVAL COUNTY,
ET AL.; MIKE WILLIAMS, AS
SHERIFF, ET AL.
IN RE: FORFEITURE OF THE
FOLLOWING DESCRIBED
PROPERTY CURRENCY
SEIZED UNDER INCIDENT
#2012-440018, SUBMISSION
NUMBERS 633294 AND 633307;
$3,011.00 U.S. CURRENCY;
1997 NISSAN, VIN:
JN1CA21D8VT853049,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5114

_____/

Opinion filed December 12, 2016.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Timothy Eric Alston, pro se, Appellant.

Angela B. Corey, State Attorney, and Jeffrey Davenport, Jacksonville, for
Appellees.

PER CURIAM.

AFFIRMED.  <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150 (Fla. 1979).

LEWIS, WETHERELL, and WINOKUR, JJ., CONCUR.